IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

MARGARET MADDOX,           )
                           )
    Plaintiff,             )
                           )
v.                         )      CIVIL ACTION FILE
                           )      NO: 11C-05251-6
WAL-MART STORES, INC.,     )
CINDY FOX and DAVID ARRANT,)
                           )
    Defendants.            )

### PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS OF FACT TO PLAINTIFF

Comes now, Margaret Maddox, Plaintiff herein, and responds to the Defendants' First Request for Admissions of Fact to Plaintiff as follow:

1.

Plaintiff will not seek, recover or collect from Defendants a sum in excess of $75,000.

**RESPONSE:**

**Denies same.**

2.

Any portion of a verdict against Defendants that exceeds $75,000 will be written down by the Court so that the Judgment shall not exceed the sum of $75,000.

**RESPONSE:**

**Plaintiff denies same.**



3.

Defendants shall not in this action be ordered, adjudged or called upon to pay to Plaintiff a sum in excess of $75,000.

**RESPONSE:**

**Plaintiff denies same.**

_____
JOHN M. HYATT
Georgia Bar No. 381350
Attorney for Plaintiff

755 Commerce Drive, Suite 720
Decatur, GA 30030
404/378-3635

## CERTIFICATE OF SERVICE

This is to certify that I have served the within and foregoing **Plaintiff's Response to Defendants' First Request for Admissions of Fact to Plaintiff** upon all counsel of record by depositing a copy of same in the United States Mail with adequate postage affixed thereon addressed to:

>Albert J. DeCusati
>McLain & Merritt, P.C.
>3445 Peachtree Road N.E.
>Suite 500
>Atlanta, GA 30326

This _29_ day of _July_, 2011.

>JOHN M. HYATT
>Georgia Bar No. 381350
>Attorney for Plaintiff

HYATT & HYATT, P.C.
Suite 720 Commerce Plaza
755 Commerce Drive
Decatur, GA 30030
(404) 378-3635